# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

LEAH BANKS                                                           PLAINTIFF

V.                   No. 3:21-CV-00018-LPR-JTR

KEITH BOWERS, Administrator, Craighead
County Detention Center; CRAIGHEAD
COUNTY DETENTION CENTER                DEFENDANTS

## ORDER

In compliance with the Court's prior Order (*Doc. 3*), Plaintiff Leah Banks ("Banks") has timely filed a completed Application to Proceed *In Forma Pauperis* (*Doc. 4*). It is clear from the provided financial information that Banks is entitled to proceed *in forma pauperis* and that she is required to pay an initial partial filing fee of $44.30. Accordingly, the Application to Proceed *In Forma Pauperis* is GRANTED, and the Court will direct Banks's custodian to collect monthly payments from her institutional account until the $350 filing fee is paid in full. *See* 28 U.S.C. § 1915(b).

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's Application to Proceed *In Forma Pauperis* (*Doc. 4*) is GRANTED.

2. Banks must, nevertheless, pay the statutory filing fee of $350. Banks's custodian is directed to collect from Banks's institutional account an initial partial filing fee of $44.30. Thereafter, the custodian is directed to collect monthly payments equal to 20% of the preceding month's income credited to Banks's institutional account each time the amount in the account exceeds $10.00. Those payments must be sent to the Clerk of the Court until a total of $350 has been paid.

3. The Clerk is directed to send a copy of this Order to the Administrator of the Craighead County Detention Center at 901 Willett Road, Jonesboro, Arkansas 72401.

DATED this 2nd day of June, 2021.

*/s/ J. Thomas Ray*
_____
UNITED STATES MAGISTRATE JUDGE