# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**LEAH BANKS**                                                                              **PLAINTIFF**

**V.**                            **NO. 3:21-CV-18-LPR-JTR**

**KEITH BOWERS,** *et al.*                                                  **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections to the Partial Recommended Disposition have been filed, and the time for doing so has expired. After careful consideration and *de novo* review of the Partial Recommended Disposition and the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. Plaintiff's claim against the Craighead County Detention Center is dismissed.

IT IS SO ORDERED this 28th day of June, 2021.

                                                                    _____
                                                                    LEE P. RUDOFSKY
                                                                    UNITED STATES DISTRICT JUDGE