**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

LEAH BANKS                                                                      PLAINTIFF

V.                                            No. 3:21-CV-00018-LPR-JTR

KEITH BOWERS, Administrator, Craighead
County Detention Center                                                    DEFENDANT

## RECOMMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States

District Judge Lee P. Rudofsky. You may file written objections to all or part of this

Recommendation. If you do so, those objections must: (1) specifically explain the

factual and/or legal basis for your objection; and (2) be received by the Clerk of this

Court within fourteen (14) days of the date of this Recommendation. If you do not

file objections, Judge Rudofsky can adopt this Recommendation without

independently reviewing all of the evidence in the record. By not objecting, you may

waive the right to appeal questions of fact.

### I. Discussion

On June 2, 2021, the Court mailed Plaintiff Leah Banks ("Banks") an Order

granting her Application to Proceed *In Forma Pauperis* (*Doc. 5*), at her address of

record, the Craighead County Detention Center ("CCDC"). The mailing was

returned to the Court on June 17, 2021, stamped "Return to Sender," with the hand-

written notation "Not in Jail." *Doc. 8*.

Shortly after Banks initiated this action, the Court notified her of her obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk. *Doc. 3*. However, after her discharge from the CCDC, Banks has failed to notify the Clerk of her new address.

On June 21, 2021, the Court sent an Order to Banks advising her that, if she wished to continue pursuing this lawsuit, she must file a notice of her current mailing address, within thirty (30) days of the date of the Order. *Doc. 9*.[1] Importantly, the Court cautioned Banks that if she failed to timely and properly comply with the Order, her case could be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2). *Id*. Like the earlier papers mailed to Banks, this Order was also returned undelivered. *Doc. 11*.

As of the date of this Recommendation, Banks has not complied with the Court's June 21, 2021 Order, and the time to do so has expired. Accordingly, the Court recommends that an Order be entered, dismissing this action, without prejudice.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.   Plaintiff's case be DISMISSED, WITHOUT PREJUDICE, due to a

---

[1] This Order was also sent to the CCDC, which is the only address the Court has for Banks.

lack of prosecution.

2.      The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

DATED this 26th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE