**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

LEAH BANKS                                                                                    PLAINTIFF

V.                                      No. 3:21-CV-00018-LPR-JTR

KEITH BOWERS, Administrator, Craighead
County Detention Center                                                         DEFENDANT

**ORDER**

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray (Doc. 14).  No objections have been filed, and the time to do so has now passed.  After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Plaintiff's case is DISMISSED, WITHOUT PREJUDICE, due to a lack of prosecution. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 3rd day of November, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE